WALTER LAW GROUP
a Professional Corporation
Riley C. Walter #91839
Justin D. Harris #199112
7110 North Fresno Street, Ste. 400
Fresno, California 93720
Telephone:   (559) 435-9800
Facsimile:   (559) 435-9868
E-mail:   jharris@walterlawgroup.com

Attorneys for Greg Braun, Plan Agent, Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG BRAUN, CHAPTER 11 TRUSTEE OF COAST GRAIN COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS O'BRIEN; DAIRY FEED GROUP, a California nonprofit mutual benefit corporation aka DAIRY FEEDS GROUP,<br><br>Defendants. | CASE NO.  CV-F-04-5474 LJO<br><br>**ORDER ON STIPULATION RE: PRE-TRIAL DEADLINES AND TRIAL**<br><br>Date:   N/A<br>Time:   N/A<br>Place: Courtroom 6<br>Judge: Hon. Lawrence J. O'Neill |

On October 14, 2005, the parties submitted a stipulation styled Joint Stipulation Re: Pre-trial Deadlines and Trial.  The Court having considered the parties' stipulation and good cause appearing now therefor,

The Court orders the following new dates for pre-trial matters and trial in this matter:

Expert Disclosure: November 18, 2005.

Supplemental Expert Disclosure: November 30, 2005.

Nonexpert discovery cutoff: November 30, 2005.

Dispositive motion filing deadline: November 18, 2005.

Expert Discovery cutoff: December 16, 2005.

1 | Dispositive motion hearing deadline: December 16, 2005.

2 | Pretrial Conference: January 31, 2006 at 8:30 a.m. in Department 6 (LJO).

3 | Trial Date: March 9, 2006 at 9 a.m. in Department 6 (LJO).

4 | IT IS SO ORDERED.

5 | **Dated:   October 17, 2005**          /s/ Lawrence J. O'Neill
  | 66h44d                                  UNITED STATES MAGISTRATE JUDGE