1

2

3

4      **IN THE UNITED STATES DISTRICT COURT**

5      **FOR THE EASTERN DISTRICT OF CALIFORNIA**

6

7   GREG BRAUN, Plan Agent for Coast              CASE NO. CV-F-04-5474 LJO
    Grain Company,
8
                          Plaintiff,         _____ **ORDER ON DEFENDANTS' PROPOSED**
9                                                   **ADDITIONAL DISPUTED FACTS AND**
              vs.                                   **POINTS OF LAW**
10                                                  (Doc. 66.)
    THOMAS O'BRIEN, et al.,
11
                          Defendants.
12  _____/

13          On January 24, 2006, plaintiff Greg Braun ("plaintiff"), plan agent for Coast Grain Company,

14  and defendants Thomas O'Brien and Dairy Feed Group (collectively "defendants") filed their joint

15  pretrial statement for the January 31, 2006 pretrial conference at which defense counsel requested to add

16  disputed facts and points of law to include in the pretrial order.  Defense counsel gave this Court and

17  plaintiff's counsel the impression that defense counsel would seek to add, at most and if any, a few

18  overlooked, minor disputed facts and points of law.

19          During the afternoon of January 31, 2006, defendants submitted **26** proposed additional disputed

20  facts and **seven** points of law.  On February 1, 2006, plaintiff filed objections to the proposed additional

21  disputed facts and points of law to contend, among other things, that the proposed additional disputed

22  facts and points of law were untimely and would greatly expand the scope of trial to render the January

23  31, 2006 pretrial conference meaningless.  Plaintiff also raised substantive objections to the merits of

24  the proposed additional disputed facts and points of law.  Defense counsel responded with his

25  declaration to claim that the parties waived objections to "facts not listed as disputed" in that the joint

26  pretrial conference statement noted that all facts other than undisputed facts are disputed.

27          F.R.Civ.P. 16(d) mandates that his Court conduct a final pretrial conference during which the

28  participants "shall formulate a plan for trial."  This Court's Local Rule 16-281(b) requires parties to file

a pretrial statement to include, among other things, disputed factual issues and points of law.  As to disputed factual issues, Local Rule 16-281(b)(3) requires a "plain, concise statement of **each fact** (and any related essential facts) that the party claims or concedes to be in dispute."  (Bold added.)  As to points of law, Local Rule 281(b)(8) requires a "statement of the legal theory or theories of recovery or of defense and of any points of law (substantive or procedural) that **are or may reasonably be expected to be in controversy**, citing the pertinent statutes, ordinances, regulations, cases and other authorities relied upon."  (Bold added.)

To put it mildly, defendants' proposed additional 26 disputed facts and seven points of law mock the pretrial statement requirements, pretrial conference and, in particular, the seriousness of the matters to be addressed at the pretrial conference.  This Court would need to conduct another pretrial conference if it were to allow such mockery, that is, addition of defendant's proposed disputed facts and points of law, in that neither this Court, plaintiffs nor apparently defense counsel were prepared or able to address such matters at the pretrial conference.  This Court and its rules impose on defendants and their counsel the obligation to prepare a pretrial statement timely, adequately and completely to ensure a meaningful pretrial conference and pretrial order and to promote the efficient and effective use of the parties and this Court's time and resources at trial and in preparation of it.  An overbroad claim that all facts are disputed excepted listed undisputed facts does not relieve the parties of their obligation to comply with pretrial statement requirements.  Moreover, plaintiffs assert well founded specific objections to defendant's proposed additional disputed facts and points of law.

This Court DENIES defendants' request to add 26 proposed disputed facts and seven points of law to the pretrial order.

IT IS SO ORDERED.

**Dated:   February 2, 2006**               **/s/ Lawrence J. O'Neill**
66h44d                                            UNITED STATES MAGISTRATE JUDGE

2