IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG BRAUN, Chapter 11 Trustee, | CASE NO. CV-F-04-5474 LJO |
| Plaintiff, | **ORDER TO AMEND PRETRIAL ORDER** |
| vs. | |
| THOMAS O'BRIEN, et al., | |
| Defendants. | |

  At the January 31, 2006 pretrial conference, defense counsel requested to add disputed facts and points of law to include in the pretrial order and intimated that he would seek to add at most a few overlooked, minor disputed facts and points of law. Plaintiff's counsel agreed to the addition of limited disputed facts and points of law. After defendants proposed 26 additional disputed facts and seven points of law, this Court issued its February 2, 2002 order to deny defendants' request for the additional disputed facts and points of law. This Court further issued its February 2, 2002 pretrial order to include only the disputed facts and points of law included in the parties' joint pretrial statement.

  On February 7, 2005, defendants requested to add one disputed fact and one point of law. The requested disputed fact and point of law are in line with the agreement reached at the pretrial conference. As such, this Court finds sufficient cause to amend the pretrial statement to add the following disputed fact and point of law:

  Disputed Fact No. 40. In deciding how to proceed with Agri-Systems, Mr. O'Brien considered several issues, including safety, resale value of the mill and the costs to replace Agri-Systems.

1

1 | Defendants' Point of Law: Mr. O'Brien's actions are protected under the business judgment rule,
2 | including all actions taken by him before Coast Grain's bankruptcy.
3 | IT IS SO ORDERED.
4 | 66h44d**Dated:    February 8, 2006**          /s/ Lawrence J. O'Neill
                                              UNITED STATES MAGISTRATE JUDGE