WALTER LAW GROUP
a Professional Corporation
Riley C. Walter #91839
Justin D. Harris #199112
7110 North Fresno Street, Ste. 400
Fresno, California 93720
Telephone:  (559) 435-9800
Facsimile:   (559) 435-9868
E-mail:       jharris@walterlawgroup.com

Attorneys for Greg Braun, Plan Agent, Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG BRAUN, CHAPTER 11 TRUSTEE OF COAST GRAIN COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS O'BRIEN; DAIRY FEED GROUP, a California nonprofit mutual benefit corporation aka DAIRY FEEDS GROUP,<br><br>Defendants. | CASE NO.  CV-F-04-5474 LJO<br><br>**ORDER RE: JOINT STIPULATION RE: AGRI-SYSTEMS AND DEFENDANTS' MOTION IN LIMINE TO LIMIT/EXCLUDE EVIDENCE RE: DAMAGES**<br><br>Trial Date: March 13, 2006<br>Time: 9 a.m.<br>Place: Courtroom 8<br>Judge: Hon. Lawrence J. O'Neill |

On February 16, 2006, the parties submitted a stipulation styled Joint Stipulation Re: Agri-Systems and Defendants' Motion in Limine to Limit/Exclude Evidence Re Damages.  The Court having considered the parties' stipulation and good cause appearing now therefor,

1. Plaintiff does not and will not assert a claim for damages against Defendants relating to Agri-Systems, Inc. as part of E.D. Case No. CV-F-04-5474 LJO; and

2. Neither party will refer to at trial in front of the jury or introduce evidence of the existence of a separate case of *Braun v. Agri-Systems*, E.D. Case No. CV-F-02-6482 AWI LJO.

---

ORDER RE: JOINT STIPULATION RE: AGRI-SYSTEMS

-1-

K:\LJO\To_Be_Signed\04cv5474.order on ds' motion in limine no 1.wpd

3. Defendants' Motion in Limine to Limit/Exclude Evidence Re Damages is withdrawn as moot.

IT IS SO ORDERED.

Dated:    **February 17, 2006**            /s/ Lawrence J. O'Neill
66h44d                                    UNITED STATES MAGISTRATE JUDGE