WALTER LAW GROUP
a Professional Corporation
Riley C. Walter #91839
Justin D. Harris #199112
7110 North Fresno Street, Ste. 400
Fresno, California 93720
Telephone:   (559) 435-9800
Facsimile:    (559) 435-9868
E-mail:        jharris@walterlawgroup.com

Attorneys for Greg Braun, Plan Agent, Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG BRAUN, CHAPTER 11 TRUSTEE OF COAST GRAIN COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS O'BRIEN; DAIRY FEED GROUP, a California nonprofit mutual benefit corporation aka DAIRY FEEDS GROUP,<br><br>Defendants. | CASE NO.  CV-F-04-5474 LJO<br><br>**ORDER RE: JOINT STIPULATION RE: DAIRY FEED GROUP**<br><br>Trial Date: March 13, 2006<br>Time: 9 a.m.<br>Place: Courtroom 8<br>Judge: Hon. Lawrence J. O'Neill |

On March 2, 2006, the parties submitted a stipulation styled Joint Stipulation Re: Dairy Feed Group.  The Court having considered the parties' stipulation and good cause appearing now therefor,

Plaintiff's First Claim for Relief (Breach of Fiduciary Duties) is dismissed as to Defendant Dairy Feed Group only.

IT IS SO ORDERED.

**Dated:    March 2, 2006**                                     /s/ Lawrence J. O'Neill
66h44d                                                    UNITED STATES MAGISTRATE JUDGE