WALTER LAW GROUP
a Professional Corporation
Riley C. Walter #91839
Justin D. Harris #199112
7110 North Fresno Street, Ste. 400
Fresno, California 93720
Telephone:  (559) 435-9800
Facsimile:   (559) 435-9868
E-mail:       jharris@walterlawgroup.com

Attorneys for Greg Braun, Plan Agent, Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG BRAUN, CHAPTER 11 TRUSTEE OF COAST GRAIN COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS O'BRIEN; DAIRY FEED GROUP, a California nonprofit mutual benefit corporation aka DAIRY FEEDS GROUP,<br><br>Defendants. | CASE NO.  CV-F-04-5474 LJO<br><br>**ORDER RE: WITNESSES AND EXHIBIT 2**<br><br>Trial Date: March 13, 2006<br>Time: 9 a.m.<br>Place: Courtroom 8<br>Judge: Hon. Lawrence J. O'Neill |

On March 10, 2006, the parties submitted a stipulation styled Joint Stipulation Re: Witnesses and Exhibit 2.  The Court having considered the parties' stipulation and good cause appearing now therefor,

   1. Plaintiff's witnesses Seiso Kawasaki and Juan M. Bedolla are withdrawn and will not testify at trial; and

   2. Defendant waives his objection to Exhibit 2 and stipulates to the admissibility of Exhibit 2 upon introduction and motion by Plaintiff at trial.

   IT IS SO ORDERED.

**Dated:   March 10, 2006**          /s/ Lawrence J. O'Neill
66h44d                                           UNITED STATES MAGISTRATE JUDGE