UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG BRAUN, CHAPTER 11 TRUSTEE OF COAST GRAIN COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THOMAS O'BRIEN; DAIRY FEED GROUP, a California nonprofit mutual benefit corporation aka DAIRY FEEDS GROUP,<br><br>　　　　Defendants. | CASE NO.  1:04-CV-05474-LJO<br><br>**AMENDED JUDGMENT IN A CIVIL CASE** |

A jury trial in this action having been completed and the jury having rendered its verdict,

IT IS ORDERED AND ADJUDGED

1.  That judgment is entered in favor of plaintiff and against defendant Dairy Feed Group on the Fifth Claim for Relief that Dairy Feed Group has no shareholder or other ownership interest in Coast Grain de Mexico; and

2.  That judgment is entered in favor of plaintiff and against defendant Dairy Feed Group on the Sixth Claim for Relief that plaintiff's objection to Dairy Feed Group's filed proof of claim is sustained and Dairy Feed Group's claim in Coast Grain Company's bankruptcy is disallowed; and

3.  That the First Claim for Relief is dismissed as to Defendant Dairy Feed Group; and

AMENDED JUDGMENT

-1-

K:\LJO\To_Be_Signed\04cv5474.amended judgment.wpd

1    4.  That the Second and Seventh Claims for Relief in plaintiff's complaint

2  are dismissed; and

3    5.  That judgment on the First and Third Claims for Relief is entered in

4  favor of Defendant Thomas O'Brien in accordance with the jury's verdict

5  rendered March 16, 2006; and

6    6.  That judgment is entered in favor of Plaintiff and against Defendant

7  Thomas O'Brien on the Fourth Claim for Relief in the amount of $56,620.35 in

8  accordance with the jury's verdict rendered March 16, 2006.

9  Approved as to form:

10

11

12  /s/ Justin D. Harris
   Justin D. Harris, Walter Law Group,
13  Attorneys for Plaintiff

14

15

16  /s/ William M. Woolman
   William M. Woolman, Jory, Peterson,
   Watkins, Ross & Woolman, Attorneys
17  for Defendants

18      IT IS SO ORDERED.

19  **Dated:    March 23, 2006**              **/s/ Lawrence J. O'Neill**
   66h44d                        UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

AMENDED JUDGMENT                                    K:\LJO\To_Be_Signed\04cv5474.amended judgment.wpd

-2-