UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG BRAUN, CHAPTER 11 TRUSTEE OF COAST GRAIN COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS O'BRIEN; DAIRY FEED GROUP, a California nonprofit mutual benefit corporation aka DAIRY FEEDS GROUP,<br><br>Defendants. | CASE NO.  CV-F-04-5474 LJO<br><br>**ORDER RE: STIPULATION RE: COSTS**<br><br>Trial Date: March 13, 2006<br>Time: 9 a.m.<br>Place: Courtroom 8<br>Judge: Hon. Lawrence J. O'Neill |

The parties having submitted a stipulation on March 27, 2006 and good cause appearing therefor,

1. Defendant Thomas O'Brien's bill of costs filed March 24, 2006 is withdrawn; and

2. Costs are awarded to plaintiff in the amount of $10,412.14 as provided in plaintiff's bill of costs filed March 24, 2006; and

3. Judgment in this matter shall be amended to include an award of costs to plaintiff in the amount $10,412.14.

IT IS SO ORDERED.

**Dated:   March 29, 2006**                            /s/ Lawrence J. O'Neill
66h44d                                                       UNITED STATES MAGISTRATE JUDGE