UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG BRAUN, CHAPTER 11 TRUSTEE OF COAST GRAIN COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS O'BRIEN; DAIRY FEED GROUP, a California nonprofit mutual benefit corporation aka DAIRY FEEDS GROUP,<br><br>Defendants. | CASE NO.  1:04-CV-05474-LJO<br><br>**AMENDED JUDGMENT IN A CIVIL CASE** |

A jury trial in this action having been completed and the jury having rendered its verdict,

IT IS ORDERED AND ADJUDGED

1. That judgment is entered in favor of plaintiff and against defendant Dairy Feed Group on the Fifth Claim for Relief that Dairy Feed Group has no shareholder or other ownership interest in Coast Grain de Mexico; and

2. That judgment is entered in favor of plaintiff and against defendant Dairy Feed Group on the Sixth Claim for Relief that plaintiff's objection to Dairy Feed Group's filed proof of claim is sustained and Dairy Feed Group's claim in Coast Grain Company's bankruptcy is disallowed; and

3. That the First Claim for Relief is dismissed as to Defendant Dairy Feed Group; and

4. That the Second and Seventh Claims for Relief in plaintiff's complaint are dismissed; and

5. That judgment on the First and Third Claims for Relief is entered in favor of Defendant Thomas O'Brien in accordance with the jury's verdict rendered March 16, 2006; and

6. That judgment is entered in favor of Plaintiff and against Defendant Thomas O'Brien on the Fourth Claim for Relief in the amount of $56,620.35 in accordance with the jury's verdict rendered March 16, 2006.

7. That costs are awarded to plaintiff in the amount of $10,412.14.

Approved as to form:


/s/ Justin D. Harris
Justin D. Harris, Walter Law Group,
Attorneys for Plaintiff



/s/ William M. Woolman
William M. Woolman, Jory, Peterson,
Watkins, Ross & Woolman, Attorneys
for Defendants

        IT IS SO ORDERED.

**Dated:    March 29, 2006**            /s/ Lawrence J. O'Neill
66h44d                                  UNITED STATES MAGISTRATE JUDGE