UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG BRAUN, CHAPTER 11 TRUSTEE OF COAST GRAIN COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS O'BRIEN; DAIRY FEED GROUP, a California nonprofit mutual benefit corporation aka DAIRY FEEDS GROUP,<br><br>Defendants. | CASE NO. CV-F-04-5474 LJO<br><br>**ORDER RE: NEW TRIAL AND RIGHTS TO APPEAL** |

The parties having submitted a stipulation on March 30, 2006 and good cause appearing therefor,

1. The parties have waived their rights to a new trial; and

2. The parties have waived any rights to appeal any judgment entered in this action.

IT IS SO ORDERED.

**Dated:   March 30, 2006**          /s/ Lawrence J. O'Neill
66h44d                                                    UNITED STATES MAGISTRATE JUDGE